UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BENITO MARQUEZ,

        Plaintiff,

  v.

R. BINKELE et al,

        Defendant.

Case Number: CV09-03171 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benito Marquez F82316
California State Prison
C-3-143L
California State Prison
44750 60th St West
P.O. Box 4610
Lancaster, CA 93534-4610

Dated: February 26, 2010

                              Richard W. Wieking, Clerk

                              By: Barbara Espinoza, Deputy Clerk